TURNER, RECEIVER, ET AL., APPELLANTS, *v.* CUSTER COUNTY ET AL., RESPONDENTS.

(No. 5,862.)

(Decided February 10, 1928.)

[264 Pac. 121.]

*Appeal from District Court, Custer County; Stanley E. Felt, Judge.*

ACTION by M. W. Turner, Receiver of the Commercial National Bank of Miles City, and others, against Custer County and John E. deCarle, Treasurer of said county. Judgment for defendants and plaintiffs appeal. Reversed, with direction to enter judgment for plaintiffs.

*Messrs. Loud & Leavitt,* for Appellants.

*Mr. L. A. Foot,* Attorney General, *Mr. A. H. Angstman,* Assistant Attorney General, and *Mr. Rudolph Nelstead,* County Attorney of Custer County, for Respondents.

Opinion: PER CURIAM.

What is said in *Commercial National Bank of Miles City* v. *Custer County,* ante, p. 505, 264 Pac. 121, is in all respects applicable to this case.

The judgment of the district court of Custer county is reversed, and the cause is remanded with directions to take such action in the premises as by the mandate of the supreme court of the United States shall be proper, and that the clerk of this court is hereby directed to issue a remittitur in accordance with Rule XXI of the Rules of this court.

*Reversed and remanded.*